| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIO LAMARQUE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JIM BARCUS, et al.,<br><br>　　　　　　　Defendants. | No. 1:18-cv-01234-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 18) |

Plaintiff Porfirio LaMarque, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2019, the assigned magistrate judge filed findings and recommendations recommending that the action be dismissed without prejudice due to plaintiff's failure to comply with a court order. (Doc. No. 18.) Therein, plaintiff was provided fourteen days in which to file objections to the findings and recommendations. (*Id.* at 1–2.) Plaintiff filed a request for extension of time to file his objections. (Doc. No. 19.) Plaintiff's request was granted, and he was directed to file his objections on or before February 8, 2020. (Doc. No. 20.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), the court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed December 19, 2019 (Doc. No. 18) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to comply with a court order; and
3. The Clerk of the Court is directed to terminate all pending motions (Doc. No. 15) and to close this case.

IT IS SO ORDERED.

Dated: **February 24, 2020**

UNITED STATES DISTRICT JUDGE